IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

BERNARD EDWARD KRETLOW,

                Plaintiff,

v.

SGT. DAHLSTROM and OFFICER ALLEN,

                Defendants.

ORDER

15-cv-571-jdp

---

In an August 14, 2017 order, I gave plaintiff Edward Kretlow until August 28 to explain whether he intends to pursue this lawsuit. Dkt. 42. Kretlow was warned that if he failed to respond to the August 14 order, I would dismiss the case with prejudice for his failure to prosecute it. It is now August 30, and Kretlow has not filed a response to the order or otherwise contacted the court. Accordingly, this case is dismissed.

ORDER

IT IS ORDERED that plaintiff Edward Kretlow's complaint is DISMISSED with prejudice for his failure to prosecute it. The clerk of court is directed to close this case.

Entered August 30, 2017.

                BY THE COURT:

                /s/

                _____
                JAMES D. PETERSON
                District Judge