IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

BERNARD EDWARD KRETLOW,

    Plaintiff,                      JUDGMENT IN A CIVIL CASE

v.                                    Case No. 15-cv-571-jdp

SGT. DAHLSTROM and OFFICER ALLEN,

    Defendants.

This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case with prejudice for plaintiff Bernard Edward Kretlow's failure to prosecute it.

| /s/ | 8/30/2017 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |